IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
DEC 08 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v().

ROBERT ERIC WADKINS,

    *Defendant.*

Case No. CR 21-370-RAW

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**KIDNAPPING IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1201(a)(2), 1151 & 1153]**

From on or about June 5, 2017, to on or about June 6, 2017, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROBERT ERIC WADKINS,** an Indian, did unlawfully kidnap, abduct, seize, confine, carry away and hold for some benefit, T.H., in violation of Title 18, United States Code, Sections 1201(a)(2), 1151 and 1153.

### COUNT TWO

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(a), 2246(2)(A), 1151 & 1153]**

Between on or about June 5, 2017 and June 6, 2017, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROBERT ERIC WADKINS**, an Indian, did knowingly cause and attempt to cause T.H. to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and vulva of T.H., by using force against T.H. and by threating and placing T.H. in fear that any person would

be subjected to death, serious bodily injury, and kidnapping, said sexual act occurring near and in a motor vehicle, in violation of Title 18, United States Code, Sections 2241(a), 2246(2)(A), 1151 & 1153.

### COUNT THREE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(a), 2246(2)(A), 1151 & 1153]

Between on or about June 5, 2017 and June 6, 2017, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROBERT ERIC WADKINS**, an Indian, did knowingly cause and attempt to cause T.H. to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and vulva of T.H., by using force against T.H. and by threating and placing T.H. in fear that any person would be subjected to death, serious bodily injury, and kidnapping, said sexual act occurring near a set of railroad tracks, in violation of Title 18, United States Code, Sections 2241(a), 2246(2)(A), 1151 & 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY